DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INSPIRED DEVELOPMENT GROUP, LLC,**
Appellant,

v.

**INSPIRED PRODUCTS GROUP, LLC,** d/b/a **KIDSEMBRACE, LLC,**
Appellee.

No. 4D20-996

[October 21, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2017-CA-004490-XXXX-MB.

Joseph T. Eagleton and Steven L. Brannock of Brannock Humphries & Berman, Tampa, and Evan H. Frederick and William B. Lewis of Morgan & Morgan, West Palm Beach, for appellant.

David M. Stahl and James A. Gale of Cozen O'Connor, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***